UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                              JS-6

| Case No. | SA CV 20-0937-TJH(SPx) | Date | FEBRUARY 12, 2021 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.169.166.16 |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the voluntary dismissal [15] with prejudice is hereby granted. Case is closed.

IT IS SO ORDERED.

cc: all parties